JUDGE_____**SIM LAKE**_____

CASE MANAGER___A. Boyd_____     RPTR/TAPE_Sanchez_

LAW CLERK___L. Serhan_____     INTERPRETER_____

TIME_8:30_|_11:30_A.M. _2:10_|_2:35_P.M.     DATE_5/2/2018_
    begin   end    begin   end

CR. NO. __17 - 0412 - 1__

| UNITED STATES OF AMERICA | § | Drew Pennebaker ___AUSA |
|---|---|---|
| vs. | § | Beth Young |
| | § | Anna Rossi |
| | § | |

| Deft. No. | Deft. Name | § | Mario Madrid |
|---|---|---|---|
| 1 | Mercy O. Ainabe | § | |

### 3 Day of Jury / ~~Bench~~ Trial

☐ Deft _____ failed to appear, bench warrant to issue.  ☐ Bench trial begins.

☐ Voir dire begins.  ☐ Jury selected and sworn.  ☐ Jury trial begins.

☒ Govt presented evidence  ☐ Deft presented evidence.  ☒ Evidence concluded.

☒ Final arguments.  ☒ Court's charge to the jury.  ☒ Jury deliberating.

☒ Jury verdict  ☒ guilty/cts 1, 2, 3, 4, 5, 6, 7  ☐ not guilty/cts _____

☐ Court verdict  ☐ guilty/cts _____  ☐ not guilty/cts _____

☒ Order for PSI setting Disclosure and Sentencing dates signed.  ☒ Trial ends.

☒ Sentencing set _July 27, 2018_ at _2:00 p.m._.

☒ Deft __1__ oral motion to remain on bond pending sentencing  ☒ Granted  ☐ Denied.

☐ Deft _____ bond ☐ set at $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.

☒ Govt oral motion to remand deft __1__ to custody pending sentencing  ☐ Granted  ☒ Denied.

☐ Deft _____ remanded to custody.

Rulings:_Defendant is ordered to home confinement with electronic_
_monitoring pending sentencing. This order is effective_
_immediately subject to being memorialized in a written order._

Other:_____

Adjourned until: _____.