United States District Court
Southern District of Texas
**ENTERED**
March 24, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-3229 |
| | § | |
| MERCY O. AINABE, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITH PREJUDICE.**

This is a **FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this 24th day of March, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE